The relief described hereinbelow is SO ORDERED

Done this 18th day of August, 2014.

*William R. Sawyer*
**William R. Sawyer**
**United States Bankruptcy Judge**



___

### UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In the Matter of: ) | |
| ) | Bankruptcy Case No. |
| CURTIS MONROE HARCUS ) | 14-10805-WRS |
| JENNIFER LYNN HARCUS ) | |
| Debtor(s). ) | Chapter 13 |
| ) | |

### AGREED ORDER

COMES NOW USAA Federal Savings Bank (hereinafter "USAA") and the Debtor, by and through their attorneys of record, and enter the following agreed stipulation of value in resolution of USAA's Objection to Confirmation:

1. That USAA has a security interest in one (1) 2011 Tracker Panfish 16, VIN: BUJ10551J011, 2011 Mercury ELPT30, VIN: 0R380435 and s 2011 Tracker Trailstar, VIN: 4TM11RD19BB01114.

2. That the value of USAA's collateral is secured in the amount of $9,503.96.

3. That USAA's secured claim shall be amortized over the life of the case at 7.14% interest.

4. USAA will receive a specified monthly payment of $445.00 to liquidate its secured claim.

5. The parties agree and acknowledge that the terms of this agreed/stipulated order will not survive the dismissal of the Debtor's bankruptcy case.

###END OF ORDER##

This order was reviewed and agreed to by counsel for debtor and Trustee.

<u>This Stipulation was prepared by:</u>
Paul J. Spina, III
SPINA, & LAVELLE, P.C.
One Perimeter Park South, Suite 400N
Birmingham, AL 35243
(205) 298-1800
pspina@spinalavelle.com